## Commonwealth *v.* Tracy, Appellant.

Submitted March 20, 1972. *Thomas S. McCready,* Public Defender, for appellant; *James A. Wimmer,* Assistant District Attorney, and *John Deutsch,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Trapp, Appellant.

Submitted March 20, 1972. *Anthony S. Blasco,* for appellant; *Nicholas M. Zanakos,* Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.